# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\*\*\*

| In the matter of the application of the United States for a Search Warrant Authorizing the Search of coachelaina@yahoo.com | 2:13-mj-00646-VCF<br><br>**MINUTE ORDER** |
|---|---|

Before the Court is the Application to Proceed in District Court without Prepaying Fees or Costs and Petition to Quash Third Party Summons. (#'s 1 & 2).

This case is sealed and the docket reflects that the AUSA has not been notified of the instant motions.

Accordingly,

IT IS HEREBY ORDERED that the Court Clerk place a hard copy of the motions in the AUSA's inbox for Mr. Brian Pugh.

DATED this 10th day of September, 2013.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE