

# SEALED

**Office of the United States Attorney**
District of Nevada
333 Las Vegas Boulevard, Suite 5000
Las Vegas, Nevada 89101
(702) 388-6336

DANIEL G. BOGDEN
United States Attorney
District of Nevada
BRIAN PUGH
Assistant United States Attorneys
333 Las Vegas Boulevard South
Suite 5000
Las Vegas, Nevada  89101
702-388-6336
Fax: 702-388-5087

2013 OCT 31  A 11: 22

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In the matter of the application of the United States for a Search Warrant Authorizing the Search of elainaperstein@yahoo.com, | Case No.:  2:13-mj-00645-VCF |
| and, | |
| In the matter of the application of the United States for a Search Warrant Authorizing the Search of coachelaina@yahoo.com. | Case No.:  2:13-mj-00646-VCF |

### <u>Motion to Unseal</u>

The United States of America by and through its attorneys, DANIEL G. BOGDEN, United States Attorney, and Brian Pugh, Assistant United States Attorney, respectfully requests this Court enter an order unsealing the Search Warrants, this Court's orders denying the motions to quash, and all other related pleadings in the above referenced matters, and as grounds therefore states as follows:

1.  After service of the above referenced search warrants upon Yahoo, Yahoo disclosed the existence of the search warrants to the account holder of the two email accounts, elainaperstein@yahoo.com and coachelaina@yahoo.com, thereby eliminating the need to have the warrants sealed.

2.  After learning of the existence of the two search warrants, the email account holder filed motions with this Court to quash the search warrants.  Yahoo will not disclose the items requested in the search warrants until the motions to quash are resolved.

3.  This Court denied the motions to quash.  The government needs to disclose the orders to Yahoo, but the orders denying the motions to quash are sealed.

WHEREFORE, it is respectfully requested that this Court enter an order unsealing the Search Warrants, the Orders denying the motions to quash and all other related pleadings herein.

DATED this 31st day of October 2013.

Respectfully submitted,

DANIEL G. BOGDEN
United States Attorney

BRIAN PUGH
Assistant United States Attorney

2

**Certificate of Service**

I, the undersigned, hereby certify that on this day a copy of the foregoing **Motion to Unseal** was served by placing it in the United States Mail at 333 Las Vegas Blvd., Las Vegas Nevada to the following:

Elaina Saperstein
4240 Holleys Hill Street
Las Vegas, NV 89129

DATED: October 31, 2013

PAMELA MRENAK
Legal Assistant

1

2

3

4

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

### oOo

| | | |
|---|---|---|
| In the matter of the application of the United States for a Search Warrant Authorizing the Search of elainaperstein@yahoo.com, | ) ) ) ) | Case No.: 2:13-mj-00645-VCF |
| and, | ) ) | |
| In the matter of the application of the United States for a Search Warrant Authorizing the Search of coachelaina@yahoo.com. | ) ) ) ) | Case No.: 2:13-mj-00646-VCF |

## ORDER TO UNSEAL

Based on the Motion of the Government, and good cause appearing therefore,

IT IS HEREBY ORDERED that the above-captioned cases shall be unsealed.

DATED this ___5th___ day of ___November___, 2013.

_____

United States Magistrate Judge

4